■ ILLA RICH, Also Known as ISELOTTE RICH, et al., v. HENRY MOTTEK et al., as Executors and Trustees of the Estate of MARGARET MOTTEK, Deceased. — Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or

before March 28, 1961 with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached.  Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.